UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| HYKON ENTERPRISE, LLC, | : | CASE NO. 19-63910-jwc |
| | : | |
| DEBTOR. | : | |
| _____ | : | |
| NANCY J. GARGULA, | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT. | : | |
| vs. | : | CONTESTED MATTER |
| | : | |
| HYKON ENTERPRISE, LLC, | : | |
| | : | |
| RESPONDENT. | : | |

**UNITED STATES TRUSTEE'S MOTION TO DISMISS**

COMES NOW the United States Trustee for Region 21, in furtherance of the administrative responsibilities imposed pursuant to 28 U.S.C. 586(a), and respectfully moves this Court to enter an order dismissing this case. As cause therefore, the United States Trustee shows as follows:

1. On September 3, 2019, HYKON ENTERPRISE, LLC ("Debtor") filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code.

2. Debtor's petition indicates that it is a corporation. Martial Fotse signed the petition as the authorized representative of the Debtor, with the title of Officer.

3. The box on the petition marked "Signature of Attorney" is blank. The petition does not bear the signature of an attorney. Therefore, it appears that the corporate debtor commenced this case *pro se*.

1

4. It does not appear the Debtor has filed an application to employ an attorney.

5. Debtor has not filed any schedules.

6. Pursuant to applicable bankruptcy and federal law, a corporation, partnership, or association may not proceed *pro se* in bankruptcy. *National Independent Theatre Exhibitors, Inc. v. Buena Vista Distribution Company*, 748 F.2d 602 (11th Cir. 1984), *cert. denied*, 471 U.S. 1056, 105 S. Ct. 2120 (1985)(corporations); *First Amendment Foundation Village of Brookfield,* 575 F. Supp. 1207 (N.D. Ill. 1983)(partnerships); *Church of the New Testament v. United States of America*, 783 F.2d 771 (9th Cir. 1986)(associations). *See also* Bankruptcy Rule 9010 and the accompanying Advisory Committee Note.

WHEREFORE, the United States Trustee respectfully requests that this Court dismiss this case, and granting any other or further relief the Court deems appropriate.

NANCY J. GARGULA
UNITED STATES TRUSTEE
Region 21

*/s/ Thomas W. Dworschak*
THOMAS W. DWORSCHAK
Georgia Bar No. 236380
United States Department of Justice
Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia  30303
(404) 331-4437, ext. 145
Thomas.w.Dworschak@usdoj.gov

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| HYKON ENTERPRISE, LLC, | : | CASE NO. 19-63910-jwc |
| | : | |
| DEBTOR. | : | |
| _____ | : | |
| NANCY J. GARGULA, | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| MOVANT. | : | |
| vs. | : | CONTESTED MATTER |
| | : | |
| HYKON ENTERPRISE, LLC, | : | |
| | : | |
| RESPONDENT. | : | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the United States Trustee has filed a **Motion to Dismiss Case.**

**PLEASE TAKE FURTHER NOTICE** that the court will hold a hearing on the Motion at the United States Bankruptcy Court, Northern District of Georgia, Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Courtroom 1203, Atlanta, Georgia 30303 on Thursday, October 10, 2019, at 11 AM.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk is, U.S. Bankruptcy Court, Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, 13th Floor, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

3

Dated this 5th day of September, 2019.

                NANCY J. GARGULA
                UNITED STATES TRUSTEE

                Region 21

                ***/s/ Thomas W. Dworschak***
                Thomas W. Dworschak, Trial Attorney
                Attorney for the United States Trustee
                Georgia Bar No.: 236380

United States Department of Justice
Office of the United States Trustee
Suite 362, Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4437, ext. 145
Thomas.W.Dworschak@USDOJ.gov

## CERTIFICATE OF SERVICE

      I hereby certify that I am over the age of 18 and that on September 5, 2019, I caused a true and correct copy of the foregoing motion to dismiss and notice of hearing to be deposited in the U.S. Mail with correct first class postage affixed, addressed as follows:

Hykon Enterprise, LLC
2263 Stonekey Bnd
Lithonia, GA 30058

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington DC 20200

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

BSI Financial Services
1425 Green Way Drive
Suite 400
Irving, TX 75038

Pacific Capital, LLC
3214 N. University Ave
Suite 104
Provo, Utah 84604

                ***/s/ Thomas W. Dworschak***

4