**IT IS ORDERED as set forth below:**

**Date: October 11, 2019**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| HYKON ENTERPRISE, LLC, | : | CASE NO. 19-63910-jwc |
| | : | |
| DEBTOR. | : | |

**ORDER DISMISSING CASE**

On September 5, 2019, the United States Trustee filed a Motion to Dismiss [Docket No. 3]. At the October 10, 2019, hearing on the motion, Thomas W. Dworschak appeared on behalf of the United States Trustee. No attorney appeared on behalf of the corporate Debtor, which may not proceed *pro se*  It is therefore

ORDERED that pursuant to 11 U.S.C. § 1112(b), the motion is granted, and case no. 19-63910-jwc is dismissed.

**END OF DOCUMENT**

1

Order prepared by:

NANCY J. GARGULA
UNITED STATES TRUSTEE

*/s/ Thomas W. Dworschak*
Thomas W. Dworschak, Trial Attorney
Attorney for the United States Trustee
Georgia Bar No. 236380
United States Department of Justice
Office of the United States Trustee
Suite 362, Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303
(404) 331-4437, ext. 145
Thomas.W.Dworschak@USDOJ.gov

## DISTRIBUTION LIST

Thomas W. Dworschak
Office of the United States Trustee
Suite 362, Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Hykon Enterprise, LLC
2263 Stonekey Bnd
Lithonia, GA 30058

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington DC 20200

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

BSI Financial Services
1425 Green Way Drive
Suite 400
Irving, TX 75038

Pacific Capital, LLC
3214 N. University Ave
Suite 104
Provo, Utah 84604